■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. JAMISON, Appellant. [40 NYS3d 773]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Jill Konviser, J.), rendered July 21, 2015 and January 14, 2014, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Kahn, JJ.